# APPENDIX A

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

---------------------------------------------------------X

| | |
|---|---|
| NICOLE BENNETT, | CIVIL ACTION |
| Plaintiff | NO. 3:19-CV-00081-KAD |
| VS. | |
| METRO-NORTH RAILROAD COMPANY, | May 22, 2020 |
| Defendant | |

---------------------------------------------------------X

## **AFFIDAVIT OF SCOTT E. PERRY**

I, Scott E. Perry, am over the age of eighteen and understand the obligations of an oath. Being duly sworn, I hereby state the following:

1. I am an attorney duly admitted to the practice of law in the States of Connecticut and New York and to the United States District Courts for the District of Connecticut, the Southern District of New York, the Eastern District of New York, and to the Second Circuit Court of Appeals.

2. I am a partner in the law firm of Cahill & Perry. P.C., and represent the complainant Nicole Bennett in the above-entitled case.

3. In 1992 I received a B.A. degree in political science from Brown University in Providence, Rhode Island.

4. In 1995 I received a J.D. from the University of Connecticut School of Law.

5. I served as a law clerk to U.S. District Court Judge T.F. Gilroy Daly in the District of Connecticut from the fall of 1995 until the summer of 1996.

6. For the past 20 years I have practiced in federal courts enforcing federal statutory rights of railroad workers. My firm is one of very few in the Northeast with that concentration and experience. I have tried federal cases before juries and to the Court. From 1996 through 1999, I was an associate at Robinson & Cole LLP in the litigation practice group and practiced mostly in state court.

7. My current hourly rate is $400 per hour, a rate that is appropriate given my experience and skills.

8. This case is subject to a contingency fee agreement, as are about 98% of my cases. I generally do not make contemporaneous time entries in my contingency fee cases unless I am preparing to move for sanctions. I prepared contemporaneous time entries of my work on the Motion to Compel [Doc. 79] and Memorandum of Law [Doc. 80].

9. On February 12, 2020 I spent about one hour and ten minutes (70 minutes) reading the Sharkey transcript; researching sanctions concerning instructing witnesses not to answer questions at depositions; reading the case law on the issue; and beginning to draft the Memorandum of Law in Support of a Motion to Compel and for Sanctions.

10. On February 18, 2020, I spent about one hour and forty-five minutes (105 minutes) continuing to draft the Memorandum of Law in Support of the Motion to Compel, researching relevance of alternative methods; drafting the Motion to Compel, and reviewing and revising the Memorandum and Motion.

11. On February 21, 2020 I spent about five minutes preparing for and completing a Rule 37 telephone conference with defense counsel regarding instructing the witness not to answer question on relevancy grounds, and five minutes drafting a Rule 37 Affidavit in support of the Motion to Compel.

12. On May 9, 2020 I spent 20 minutes preparing this affidavit.

13. The total time researching, drafting, reviewing and revising the Motion to Compel [Doc. 79] and Memorandum of Law [Doc. 80] and Affidavits was about 205 minutes.

14. 205 minutes = 3.25 hours x $400 = $1,300 in attorney's fees.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

_____
Scott E. Perry (ct17236)
Cahill & Perry, P.C.
43 Trumbull Street
New Haven, CT 06510
Tel: (203) 777-1000
Fax: (2030 865-5904
scott@trainlaw.com

Subscribed and sworn to before me this 22nd day of May, 2020

_____
Marilyn Donroe
Notary Public / My commission expires:

MARILYN A. DONROE - Notary Public
My Commission Expires 2/28/2025